NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5109

KAREN MCBRIEN,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-840,
Senior Judge James F. Merow.

ON MOTION

Before RADER, CLEVENGER, and DYK, Circuit Judges.

PER CURIAM.

## ORDER

Karen McBrien moves for reconsideration of the court's order summarily affirming the judgment of the United States Court of Federal Claims and also seeks other various relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

_____
MAR 26 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Karen McBrien
Lauren S. Moore, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 26 2010

JAN HORBALY
CLERK